

**WILLIAMS MULLEN**

Direct Dial: 804.783.6447
hjohnson@williamsmullen.com

March 29, 2010

**BY HAND DELIVERY**
The Honorable Henry E. Hudson
United States District Court
701 East Broad Street, Room 6312
Richmond, VA  23219

    Re:    <u>**Minnesota Lawyers Mutual Insurance Company v. Terrence R. Batzli, et al.**</u>
            **Case No: 3:09cv432**

Dear Judge Hudson:

    In Batzli's Brief filed March 26, 2010, I mistakenly said the amount of the verdict was $8,415.00, when it was $8,400.00.  I apologize for the error and enclose a revised Final Order (Exhibit C) with the corrected number.

                            Respectfully submitted,

                            W. F. Drewry Gallalee

WFDG/pmh
Enclosure
cc: Danny M. Howell, Esquire (Via Email)

7281926_9.DOC

*A Professional Corporation*

NORTH CAROLINA  •  VIRGINIA  •  WASHINGTON, D.C.  •  LONDON
Two James Center  1021 East Cary Street (23219)  P.O. Box 1320  Richmond, VA 23218-1320  Tel: 804.643.1991  Fax: 804.783.6507
www.williamsmullen.com